# United States Bankruptcy Court
## Northern District of Ohio, Eastern Division

In re  Rita Sue Blankenship
        Dan Blankenship                             Judge: Hon. RUSS KENDIG
              Debtors

Rita Sue Blankenship,                   Case No.: 05-68159-rk
        Plaintiff

                                                     Adv. Proc. No.:
   v.

MRS Associates Inc.
        Defendant

## SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE

To the above-named defendant:

    You are hereby summoned and required to serve upon Gregory S. Reichenbach, Esq., plaintiff's attorney, whose address is 3 N. Main St., Suite 803, Mansfield, OH 44902 either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney by the following date prescribed by the court                  except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of summons.

    [*If this summons and complaint is served in a foreign country*] Service of your answer must be made by the following date prescribed by the court:

    The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

    YOU ARE HEREBY NOTIFIED THAT A PRE-TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET AT THE FOLLOWING TIME AND PLACE:

                                                  _____
                                                *Clerk of the Bankruptcy Court*

[*Seal of the U.S. Bankruptcy Court*]
Date of issuance:                      By: _____
                                              Deputy Clerk