United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Gregory Scott Reichenbach  **Case Number:** 06−06014−rk

**Debtor:**  **Judge:** RUSS KENDIG

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Summons

**The following deficiency must be corrected within 5 business days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☑ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☑ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form 21 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☐ Other. See Comments/Instructions.

**Comments/Instructions:**
Incorrect Summons filed with the Court. Should be form 250B

Deputy Clerk: **Chris Roth**
Date: **January 23, 2006**
Form ohnb141